

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2019

No. 04-18-00771-CV

**Gail GILLETTE,**
Appellant

v.

Stephen **GRAVES**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI03140
Honorable Richard Price, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Rehearing and En Banc is GRANTED. Time is extended to January 4, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court